```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                          April 13, 2021

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY:      VPC      DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HALLET, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-ccv-02436-SB-E<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Per the stipulation by and between Plaintiff NICHOLAS HALLET ("Plaintiff) and Defendant COUNTY OF LOS ANGELES, through their respective counsel of record,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety, pursuant to Federal Rules of Civil

/ / /

/ / /

/ / /

- 1 -

ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

1  Procedure, Rule 41(a)(1)(A)(ii). Each party is to bear their own attorney's fees and
2  costs.
3
4  IT IS SO ORDERED.
5
6
7  Dated:   April 13, 2021                    _____
8                                              Honorable Stanley Blumenfeld, Jr.
                                               District Court Judge
9

- 2 -
ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE